**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**CLEDITH BOHANON,**

                **Plaintiff,**

        v.                              CASE NO. 21-3203-SAC

**PATTI J. KEEN,**

                **Defendant.**

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's motion for rehearing (Doc. 15) and his motion "for stay and leave" (Doc. 16).

On October 7, 2021, the Court dismissed this action as barred by the statute of limitations. (Doc. 13.) On October 13, 2021, Plaintiff filed a motion for rehearing, giving as the sole reason: "More evidence to support granting the relief that plaintiff requested will be sent to the court soon." (Doc. 15.) It has now been two weeks since Plaintiff filed his motion and he has filed nothing further in support of his motion for rehearing. Accordingly, the motion is denied.

On October 20, 2021, Plaintiff filed a "motion for leave and stay" asking the Court to stay this matter until the conclusion of state-court proceedings that also concern the events underlying this federal action. (Doc. 16.) As noted above, however, the Court dismissed this action on October 7, 2021. Thus, the motion to stay is moot.

**IT IS, THEREFORE, BY THE COURT ORDERED** that Plaintiff's motion for rehearing (Doc. 15) is **denied** and his motion to stay (Doc. 16)

is **denied as moot.**

**IT IS SO ORDERED.**

DATED:  This 27th day of October, 2021, at Topeka, Kansas.

S/ Sam A. Crow

SAM A. CROW
U.S. Senior District Judge